## THIGPEN *v.* THIGPEN *et al.*

BECK, J. The plaintiff brought suit to recover a distributive share in the estate of his maternal grandfather, who died subsequently to the date of the death of plaintiff's mother. It appeared from the evidence that the plaintiff was a bastard. Being such, he was not capable of inheriting from the grandfather; and consequently the court did not err in holding that he could not recover, and in directing a verdict accordingly. Civil Code (1910), § 3029.

*Judgment affirmed. All the Justices concur.*
JULY 11, 1911.

Action for account and settlement. Before Judge Rawlings. Emanuel superior court. January 19, 1910.

*Saffold & Larsen* and *Williams & Bradley,* for plaintiff.

*Smith & Kirkland,* for defendants.